UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

       v.                         :      08 Cr. ___

EVELYN MEDAL,                     :

             Defendant.          

- - - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

MISDEMEANOR INFORMATION   FEB 29 2008

08 CRIM 167

COUNT ONE

    The United States Attorney charges:

    From at least in or about December 2003, up to and including in or about September 2007, in the Southern District of New York and elsewhere, EVELYN MEDAL, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to her use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, namely, the United States Department of Housing and Urban Development ("HUD"), the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, MEDAL received Section 8 housing benefits from HUD, to which she was not entitled, through fraud and deceit.

    (Title 18, United States Code, Section 641.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney