

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         - v. -                     :    ORDER
                                    :
EVELYN MEDAL,                       :    08 Cr. 167 (RLE)
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - x
```

     Defendant EVELYN MEDAL having come before the Court for sentencing, it is hereby

     ORDERED that pursuant to 18 U.S.C. §§ 3663, 3663A and 3664, the defendant shall make restitution in the amount of $41,035 to the New York City Housing Authority, Officer of Inspector General.  It is further

     ORDERED that the restitution shall be paid in monthly installments of 15% of the defendant's gross monthly income or at least $250 (whichever is greater) over a period of supervision to commence 30 days after the date of the judgment of conviction and sentencing.  It is further

     ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victim of the offense in this case.

     SO ORDERED.

                                                        *[signature]*
                                      HON. RONALD L. ELLIS
                                      UNITED STATES MAGISTRATE JUDGE

DATED:    New York, New York
             June 4, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-08
```

1